IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IGNACIO CEJA,

    Petitioner,               No. CIV S-06-1574 MCE GGH P

    vs.

WARDEN, KERN VALLEY STATE PRISON, et al.,

    Respondents.             ORDER

                                /

          Petitioner, proceeding with counsel, filed a petition pursuant to 28 U.S.C. §2254, on July 17, 2006, and paid the filing fee. By order, filed on August 1, 2006, respondents were directed to file a response within thirty days; the time for petitioner to file a reply, opposition or statement of non-opposition, as appropriate was set forth, as was the time for respondents to file any reply. On August 23, 2006, respondent Warden Knowles filed a motion to dismiss on the ground that the petition was barred by the one-year AEDPA statute of limitations. No response by petitioner's counsel was filed.

          Thereafter, in a minute order, docket entry # 7, dated October 24, 2006, it was noted that respondent's motion to dismiss was not properly noticed for hearing and that since petitioner had counsel the motion must be properly noticed for hearing on the court's civil law

1

1  and motion calendar.  Respondent was directed to contact the courtroom deputy, whose name
2  and number were included in the docket entry.  However, the case docket indicates that no
3  follow-up by either party occurred.
4          Accordingly, IT IS ORDERED that respondent show cause, within ten (10) days
5  for the failure to properly notice the motion to dismiss, originally filed on August 23, 2006, or, in
6  the alternative, for the failure to file an answer, in accordance with the court's August 1, 2006,
7  order.
8  DATED: 9/13/07                                          /s/ Gregory G. Hollows

9                                                          GREGORY G. HOLLOWS
                                                           UNITED STATES MAGISTRATE JUDGE
10

11

12  GGH:009
    ceja1574.osc
13