EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
BRIAN R. MEANS
Deputy Attorney General
ANGELO S. EDRALIN, State Bar No. 190085
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-9909
 Fax: (916) 324-2960
 Email: Angelo.Edralin@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IGNACIO CEJA,**<br><br>                            Petitioner,<br><br>        v.<br><br>**WARDEN, KERN VALLEY STATE PRISON, et al.,**<br><br>                            Respondents. | 2:06-cv-01574-MCE-GGH<br><br>**ORDER** |

GOOD CAUSE APPEARING, Respondent's Request to Withdraw Motion to Dismiss (filed August 23, 2006) is hereby GRANTED. The hearing scheduled for October 18, 2007, is hereby vacated.

Dated: 10/16/07               /s/ Gregory G. Hollows

                              U.S Mag. Judge

ceja1574.po2

[Proposed] Order

1